UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTHA J. KNIGHT, f/k/a/ MARTHA J. REHN,<br><br>                       Plaintiff,<br><br>   v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>                       Defendant. | NO: 2:20-CV-0388-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). Plaintiff seeks dismissal of this action, with prejudice, because the parties have reached a settlement resolving all claims made by Plaintiff against Defendant. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 11, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2